IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KNL CONSTRUCTION, INC., | ) |
| Plaintiff & Counterclaim Defendant, | ) |
| vs. | ) Case No. 6:14-cv-03184-DPR |
| KILLIAN CONSTRUCTION CO., INC., | ) |
| Defendant & Counterclaim Plaintiff. | ) |

## STATUS REPORT

Pursuant to the Court's October 20, 2016 Order, Defendant/Counterclaimant Killian Construction Co., Inc. notifies the Court that Plaintiff KNL Construction, Inc.'s bankruptcy action in the United States Bankruptcy Court for the Middle District of Pennsylvania remains pending. Killian and approximately 17 other creditors filed Proofs of Claim by the April 20, 2017 claims bar date for a total amount claimed in excess of $8.5 million. There has been no docket activity in the bankruptcy action since the last Status Report and the Bankruptcy Court has not established a schedule providing for the closing of the bankruptcy action.

Killian will provide this Court with another Status Report in ninety (90) days as ordered. In the interim, Killian will advise the Court if it learns of any significant developments with Plaintiff's bankruptcy.

Respectfully submitted,

/s/ Wade Early
Jason C. Smith #57657
Wade M. Early #59766
**SPENCER FANE LLP**
2144 E. Republic Rd, Suite B300
Springfield, MO 65804
Telephone: 417.888.1000
Facsimile: 417.881.8035
jcsmith@spencerfane.com
wearly@spencerfance.com

*Attorneys for Killian Construction Co., Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 19th day of October, 2017, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, and sent the foregoing via regular mail to:

Kim Hawkins
KNL Construction, Inc.
33 Aberdeen Road
Moscow, PA 18444

and also sent the foregoing via electronic mail to KNL Construction, Inc.'s bankruptcy counsel:

Raymond W. Ferrario
Suite 528 Scranton Life Building
538 Spruce Street
Scranton, PA 18503-2826
raymondwferrariopc@comcast.net

/s/ Wade Early
*Attorney for Killian Construction Co., Inc.*