# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| KNL CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 14-03184-CV-S-DPR |
| | ) | |
| KILLIAN CONSTRUCTION CO., INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On October 20, 2016, the Court stayed all proceedings in this civil case (doc. 122), pending resolution of Plaintiff's bankruptcy proceedings in the United States Bankruptcy Court for the Middle District of Pennsylvania, case no. 5:16-ck-02109-RNO. Defense counsel has since notified the Court that the bankruptcy has closed and a final decree has been issued. Accordingly, it is **ORDERED** that the stay of proceedings entered on October 20, 2016, is lifted. Furthermore, because the clerk has entered default under Fed. R. Civ. P. 55(a) against the Plaintiff as to Defendant's Counterclaim, Defendant may file a motion for default judgment pursuant to Fed. R. Civ. P. 55(b) within 30 days.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: September 23, 2019